FILE COPY

No. 07-14-00443-CV

| | | |
|---|---|---|
| The Burks Group, Inc., d/b/a Integrated Partners<br>  Appellant | § <br><br> § | From the 44th District Court<br>  of Dallas County |
| v. | § | September 28, 2015 |
| Integrated Partners, Inc., Dalrock Transport, L.L.C., John P. Barnett, David Dreiling, & Allen Thomas Georgi<br>  Appellees | § | Opinion by Justice Hancock |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 28, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o